IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:02CR3030 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| RANDALL A. LUTT, | ) | |
| Defendant. | ) | |

This matter comes on to consider the government's request for hearing on Rule 35(b) motion (filing 42). Having considered the matter,

IT IS ORDERED that:

(1)   The government's request for hearing on Rule 35(b) motion (filing 42) is granted;

(2)   A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 40) has been set before the undersigned United States district judge at 1:00 p.m., Tuesday, October 4, 2005, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. **The United States Marshal is directed to return the defendant to the district for the hearing.**

September 19, 2005.                    BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        United States District Judge